## KOEHLER, WARDEN *v.* ENGLE

No. 83–1.   Argued February 28, 1984—Decided March 26, 1984

*Louis J. Caruso*, Solicitor General of Michigan, argued the cause for petitioner.   With him on the brief were *Frank J. Kelley*, Attorney General, and *Thomas C. Nelson*, Assistant Attorney General.

*John Nussbaumer* argued the cause and filed a brief for respondent.

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE MARSHALL took no part in the decision of this case.